NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SPITZ TECHNOLOGIES CORPORATION,**
*Plaintiff-Appellant*

**v.**

**NOBEL BIOCARE USA, LLC,**
*Defendant-Appellee*

———————————

2018-1790

———————————

Appeals from the United States District Court for the Central District of California in No. 8:17-cv-00660-JVS-JCG, Judge James V. Selna.

———————————

## JUDGMENT

———————————

KATHLEEN M. SULLIVAN, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for plaintiff-appellant. Also represented by SANFORD IAN WEISBURST; FELIPE CORREDOR, San Francisco, CA.

SHEILA N. SWAROOP, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendant-appellee. Also represented by JOHN B. SGANGA, JR., BARAA KAHF.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court